UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARMAINE VARONA, on behalf of herself, individually, and on behalf of all others similarly-situated,

                      Plaintiff,

    -against-

NEW AGE LOUNGE , INC., and HEADQUARTERS NEW YORK, LLC, and SILK CORP. d/b/a HEADQUARTERS, and JIMMY KIM, individually, and ROGER MAROLDA, individually, and NERIM GJONBALAJ, individually,

                      Defendants.
-------------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Case No. 1:24-cv-04020-MMG

       PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Charmaine Varona hereby accepts Defendants' Rule 68 offer of judgment as to her FLSA claims asserted against Defendants in this action, attached hereto as Exhibit A.

Dated: Garden City, New York
        June 9, 2025

                                              Respectfully submitted,

                                              BORRELLI & ASSOCIATES, P.L.L.C.
                                              *Attorneys for Plaintiff*
                                              910 Franklin Avenue, Suite 205
                                              Garden City, New York 11530
                                              Tel. (516) 248-5550
                                              Fax. (516) 248-6027

                           By: _____
                                        ANDREW C. WEISS, ESQ. (5560537)

## CERTIFICATE OF SERVICE

    I, Andrew C. Weiss, Esq., hereby certify that on this date, June 9, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68*, dated June 9, 2025, was served *via* email on the following:

Matthew J. Blit, Esq.
Levine & Blit, PLLC
*Attorneys for Defendants*
800 Westchester Ave., Suite S-322
Rye Brook, New York 10573
Email: mblit@levineblit.com

                                                    ANDREW C. WEISS, ESQ.