USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARMAINE VARONA, on behalf of herself, individually, and on behalf of all others similarly-situated,

                         Plaintiff,

-against-

NEW AGE LOUNGE , INC., and HEADQUARTERS NEW YORK, LLC, and SILK CORP. d/b/a HEADQUARTERS, and JIMMY KIM, individually, and ROGER MAROLDA, individually, and NERIM GJONBALAJ, individually,

                         Defendants.
------------------------------------------------------------X

~~[PROPOSED]~~ **JUDGMENT**

Case No. 1:24-cv-04020-MMG

**WHEREAS**, Plaintiff CHARMAINE VARONA ("Plaintiff") initiated this action on May 24, 2024 by the filing of her Complaint (ECF No. 1);

**WHEREAS**, on June 6, 2025, Defendants NEW AGE LOUNGE, INC., and HEADQUARTERS NEW YORK, LLC, and SILK CORP. d/b/a HEADQUARTERS, and JIMMY KIM, individually, and ROGER MAROLDA, individually, and NERIM GJONBALAJ, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of reasonable attorneys' fees, costs, and expenses, which is in settlement of Plaintiff's claims brought pursuant to the Fair Labor Standards Act ("FLSA"), pursuant to its tip pooling provisions, FLSA, 29 U.S.C. § 203, and its anti-retaliation provisions, FLSA, 29 U.S.C. § 215(a)(3), alleged against Defendants in this action; and

**WHEREAS**, on June 9, 2025, Plaintiff filed her Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants jointly and severally, in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00).

SO ORDERED, on the 9th day of June, 2025, New York, New York:

_____
The Honorable Margaret M. Garnett, U.S.D.J.