UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE VARONA, on behalf of herself, individually, and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> -against- <br><br> NEW AGE LOUNGE, INC., and HEADQUARTERS NEW YORK, LLC, and SILK CORP. d/b/a HEADQUARTERS, and JIMMY KIM, individually, and ROGER MAROLDA, individually, and NERIM GJONBALAJ, individually, <br><br> Defendants. | Docket No. 1:24-cv-04020-MMG <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 9th day of June, 2025, in favor of named Plaintiff CHARMAINE VARONA, against NEW AGE LOUNGE, INC., and HEADQUARTERS NEW YORK, LLC, and SILK CORP. d/b/a HEADQUARTERS, and JIMMY KIM, individually, and ROGER MAROLDA, individually, and NERIM GJONBALAJ, individually, in the amount of $7,500.00, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Garden City, New York
July 21, 2025

                                    Respectfully submitted,

                                    BORRELLI & ASSOCIATES, P.L.L.C.
                                    *Attorneys for Plaintiff*
                                    910 Franklin Avenue, Suite 205
                                    Garden City, New York 11530
                                    Tel. No. (516) 248-5550
                                    Fax: (516) 248-6027

By: _____
           ANDREW C. WEISS, ESQ. (5560537)

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

On the 21st day of July 2025, before me personally came Andrew C. Weiss, Esq., to me known and known to be an attorney of the firm of Borrelli & Associates, P.L.L.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*[signature]*

Notary Public

SHARAN RACHEL ABRAHAM
Notary Public, State of New York
Reg. No. 02AB0010743
Qualified in Nassau County
Commission Expires July 10, 2027

3